No. 856 (October Term 1936). A. O. SMITH CORP. *v.* UNITED STATES ET AL. October 11, 1937. 301 U. S. 669.

Nos. 867, 868, and 869 (October Term 1936). HALLIDAY ET AL. *v.* OHIO EX REL. FULTON, SUPERINTENDENT. October 11, 1937. 301 U. S. 699.

No. 897 (October Term 1936). McDONALD *v.* UNITED STATES. October 11, 1937. 301 U. S. 697.

No. 899 (October Term 1936). NITKEY ET AL. *v.* S. T. McKNIGHT CO. ET AL. October 11, 1937. 301 U. S. 697.

No. 904 (October Term 1936). INDIANA FARMER'S GUIDE PUBLISHING Co. *v.* PRAIRIE FARMER PUBLISHING Co. ET AL. October 11, 1937. 301 U. S. 696.

No. 914 (October Term 1936). MILLHAUBT *v.* KANSAS. October 11, 1937. 301 U. S. 701.

No. 918 (October Term 1936). DAVIS *v.* UNITED STATES. October 11, 1937. 301 U. S. 704.

No. 931 (October Term 1936). McLEOD, SHERIFF, *v.* COOPER, TRUSTEE. October 11, 1937. 301 U. S. 705.

No. 932 (October Term 1936). IRVIN *v.* BUICK MOTOR Co. ET AL. October 11, 1937. 301 U. S. 702.

No. 938 (October Term 1936). PAINTER *v.* OHIO. October 11, 1937. 301 U. S. 667.